UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

CASE NO.:

TIMOTHY NORRIS,

       Plaintiff,

vs.

HDJ MANAGEMENT GROUP, INC.,
PARESH PATEL,

       Defendants.
_____/

# COMPLAINT
*{Jury Trial Demanded}*

Plaintiff, TIMOTHY NORRIS, through counsel, sues Defendants, HDJ MANAGEMENT GROUP, INC. and PARESH PATEL, and alleges the following:

1. This is an action for damages and equitable relief within the jurisdiction of this court.

2. Plaintiff resides in Georgia and is a past employee of Defendants.

3. During Plaintiff's employment with Defendants, Plaintiff engaged in interstate commerce on a regular and recurring basis.

4. Defendant, HDJ MANAGEMENT GROUP, INC., is a Georgia corporation with its principal place of business in Decatur, Georgia, is engaged in commerce by virtue of being a hotel, was the "Employer" of Plaintiff as that term is defined under statutes referenced herein, was engaged along with its employees in

3

|   |   |
|---|---|
|   | interstate commerce, and had annual gross sales and/or business volume of $500,000 or more. |
| 5. | Defendant, PARESH PATEL, is domiciled with the Northern District of Georgia and was, and now is, the managing agent, director and/or owner of Defendant, HDJ MANAGEMENT GROUP, INC.; said Defendant acted and acts directly in the interests of the Defendant, HDJ MANAGEMENT GROUP, INC., in relation to said co-Defendant's employees. Defendant effectively dominates HDJ MANAGEMENT GROUP, INC. administratively or otherwise acts, or has the power to act, on behalf of the corporation vis-a-vis its employees and had the authority to direct and control the work of others. Thus, PARESH PATEL was and is an "employer" of the Plaintiff within the meaning of 29 U.S.C. §203(d). |
| 6. | In justifiable reliance upon Defendants' representations and promises, Plaintiff accepted employment and began working for Defendants as a Front Desk Clerk/General Helper. |
| 7. | During Plaintiff's employment (specifically from about 01/18/2009 through about 06/03/2011), Plaintiff accrued approximately $79,839.16 in actual damages. See Exhibit "1." |
| 8. | Defendants knowingly and willfully failed to pay Plaintiff the legally owed wages as required by law. |
| 9. | Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned. |
| 10. | Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided. |

4

# COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")
## ALL DEFENDANTS

11.     Plaintiff reavers and realleges paragraphs 1-10 herein.

12.     Plaintiff alleges this action pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) unpaid minimum wages; (ii) time-and-a-half overtime pay, and (iii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

13.     Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorney's fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against the Defendants, jointly and severally, plus costs, reasonable attorney's fees, and such other remedy as the court deems just and appropriate.

        Respectfully submitted,

        Loren Law Group
        3525 Piedmont Road
        7 Piedmont Center - Suite 300
        Atlanta, GA 30305
        Phone:        (678)224-5702
        Facsimile:    (954)585-4886
        E-Mail:       JLoren@Lorenlaw.com

        _____
        James M Loren, Esquire
        Bar No.: 551363

**Timothy Norris**
**Amount Claimed**

| Pay Period Ending | Hours Worked | Minimum Wage Hourly Rate | Hourly Rate Paid | Amount Paid* $100 per week and $175 equivalent value of monthly rent (AVERAGE WEEKLY PAY = $140.38 Per week) | Unpaid Straight Time | Unpaid Overtime Premium (Half-Time) - hours over 40 hours per week | Total Amount Unpaid |
|---|---|---|---|---|---|---|---|
| 01/18/09 | 86.5 | 6.55 | $ 1.62 | $ 140.38 | $ 426.20 | $ 152.29 | $ 578.48 |
| 01/25/09 | 86.5 | 6.55 | $ 1.62 | $ 140.38 | $ 426.20 | $ 152.29 | $ 578.48 |
| 02/01/09 | 86.5 | 6.55 | $ 1.62 | $ 140.38 | $ 426.20 | $ 152.29 | $ 578.48 |
| 02/08/09 | 86.5 | 6.55 | $ 1.62 | $ 140.38 | $ 426.20 | $ 152.29 | $ 578.48 |
| 02/15/09 | 86.5 | 6.55 | $ 1.62 | $ 140.38 | $ 426.20 | $ 152.29 | $ 578.48 |
| 02/22/09 | 86.5 | 6.55 | $ 1.62 | $ 140.38 | $ 426.20 | $ 152.29 | $ 578.48 |
| 03/01/09 | 86.5 | 6.55 | $ 1.62 | $ 140.38 | $ 426.20 | $ 152.29 | $ 578.48 |
| 03/08/09 | 86.5 | 6.55 | $ 1.62 | $ 140.38 | $ 426.20 | $ 152.29 | $ 578.48 |
| 03/15/09 | 86.5 | 6.55 | $ 1.62 | $ 140.38 | $ 426.20 | $ 152.29 | $ 578.48 |
| 03/22/09 | 86.5 | 6.55 | $ 1.62 | $ 140.38 | $ 426.20 | $ 152.29 | $ 578.48 |
| 03/29/09 | 86.5 | 6.55 | $ 1.62 | $ 140.38 | $ 426.20 | $ 152.29 | $ 578.48 |
| 04/05/09 | 86.5 | 6.55 | $ 1.62 | $ 140.38 | $ 426.20 | $ 152.29 | $ 578.48 |
| 04/12/09 | 86.5 | 6.55 | $ 1.62 | $ 140.38 | $ 426.20 | $ 152.29 | $ 578.48 |
| 04/19/09 | 86.5 | 6.55 | $ 1.62 | $ 140.38 | $ 426.20 | $ 152.29 | $ 578.48 |
| 04/26/09 | 86.5 | 6.55 | $ 1.62 | $ 140.38 | $ 426.20 | $ 152.29 | $ 578.48 |
| 05/03/09 | 86.5 | 6.55 | $ 1.62 | $ 140.38 | $ 426.20 | $ 152.29 | $ 578.48 |
| 05/10/09 | 86.5 | 6.55 | $ 1.62 | $ 140.38 | $ 426.20 | $ 152.29 | $ 578.48 |
| 05/17/09 | 86.5 | 6.55 | $ 1.62 | $ 140.38 | $ 426.20 | $ 152.29 | $ 578.48 |
| 05/24/09 | 86.5 | 6.55 | $ 1.62 | $ 140.38 | $ 426.20 | $ 152.29 | $ 578.48 |
| 05/31/09 | 86.5 | 6.55 | $ 1.62 | $ 140.38 | $ 426.20 | $ 152.29 | $ 578.48 |
| 06/07/09 | 86.5 | 6.55 | $ 1.62 | $ 140.38 | $ 426.20 | $ 152.29 | $ 578.48 |
| 06/14/09 | 86.5 | 6.55 | $ 1.62 | $ 140.38 | $ 426.20 | $ 152.29 | $ 578.48 |
| 06/21/09 | 86.5 | 6.55 | $ 1.62 | $ 140.38 | $ 426.20 | $ 152.29 | $ 578.48 |

Plaintiffs' Exhibit 1

Exhibit "1"

Ex 1-001

## Tady Blanco Garcia
## Amount Claimed

| Pay Period Ending | Hours Worked | Minimum Wage Hourly Rate | Hourly Rate Paid | Amount Paid* $100 per week and $175 equivalent value of monthly rent (AVERAGE WEEKLY PAY = $140.38 Per week) | Unpaid Straight Time | Unpaid Overtime Premium (Half-Time) - hours over 40 hours per week | Total Amount Unpaid |
|---|---|---|---|---|---|---|---|
| 06/28/09 | 86.5 | 6.55 | $ 1.62 | $ 140.38 | $ 426.20 | $ 152.29 | $ 578.48 |
| 07/05/09 | 86.5 | 6.55 | $ 1.62 | $ 140.38 | $ 426.20 | $ 152.29 | $ 578.48 |
| 07/12/09 | 86.5 | 6.55 | $ 1.62 | $ 140.38 | $ 426.20 | $ 152.29 | $ 578.48 |
| 07/19/09 | 86.5 | 6.55 | $ 1.62 | $ 140.38 | $ 426.20 | $ 152.29 | $ 578.48 |
| 07/26/09 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 08/02/09 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 08/09/09 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 08/16/09 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 08/23/09 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 08/30/09 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 09/06/09 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 09/13/09 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 09/20/09 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 09/27/09 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 10/04/09 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 10/11/09 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 10/18/09 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 10/25/09 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 11/01/09 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 11/08/09 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 11/15/09 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 11/22/09 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 11/29/09 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |

Tady Blanco Garcia
Amount Claimed

| Pay Period Ending | Hours Worked | Minimum Wage Hourly Rate | Hourly Rate Paid | Amount Paid* $100 per week and $175 equivalent value of monthly rent (AVERAGE WEEKLY PAY = $140.38 Per week) | Unpaid Straight Time | Unpaid Overtime Premium (Half-Time) - hours over 40 hours per week | Total Amount Unpaid |
|---|---|---|---|---|---|---|---|
| 12/06/09 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 12/13/09 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 12/20/09 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 12/27/09 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 01/03/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 01/10/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 01/17/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 01/24/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 01/31/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 02/07/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 02/14/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 02/21/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 02/28/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 03/07/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 03/14/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 03/21/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 03/28/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 04/04/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 04/11/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 04/18/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 04/25/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 05/02/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 05/09/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |

Ex 1-003

Tady Blanco Garcia
Amount Claimed

| Pay Period Ending | Hours Worked | Minimum Wage Hourly Rate | Hourly Rate Paid | Amount Paid* $100 per week and $175 equivalent value of monthly rent (AVERAGE WEEKLY PAY = $140.38 Per week) | Unpaid Straight Time | Unpaid Overtime Premium (Half-Time) - hours over 40 hours per week | Total Amount Unpaid |
|---|---|---|---|---|---|---|---|
| 05/16/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 05/23/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 05/30/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 06/06/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 06/13/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 06/20/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 06/27/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 07/04/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 07/11/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 07/18/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 07/25/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 08/01/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 08/08/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 08/15/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 08/22/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 08/29/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 09/05/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 09/12/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 09/19/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 09/26/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 10/03/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 10/10/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 10/17/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |

Ex 1-004

Tady Blanco Garcia
Amount Claimed

| Pay Period Ending | Hours Worked | Minimum Wage Hourly Rate | Hourly Rate Paid | Amount Paid* $100 per week and $175 equivalent value of monthly rent (AVERAGE WEEKLY PAY = $140.38 Per week) | Unpaid Straight Time | Unpaid Overtime Premium (Half-Time) - hours over 40 hours per week | Total Amount Unpaid |
|---|---|---|---|---|---|---|---|
| 10/24/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 10/31/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 11/07/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 11/14/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 11/21/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 11/28/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 12/05/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 12/12/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 12/19/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 12/26/10 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 01/02/11 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 01/09/11 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 01/16/11 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 01/23/11 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 01/30/11 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 02/06/11 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 02/13/11 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 02/20/11 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 02/27/11 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 03/06/11 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 03/13/11 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 03/20/11 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 03/27/11 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |

Ex 1-005

**Tady Blanco Garcia**
**Amount Claimed**

| Pay Period Ending | Hours Worked | Minimum Wage Hourly Rate | Hourly Rate Paid | Amount Paid* $100 per week and $175 equivalent value of monthly rent (AVERAGE WEEKLY PAY = $140.38 Per week) | Unpaid Straight Time | Unpaid Overtime Premium (Half-Time) - hours over 40 hours per week | Total Amount Unpaid |
|---|---|---|---|---|---|---|---|
| 04/03/11 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 04/10/11 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 04/17/11 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 04/24/11 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 05/01/11 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 05/08/11 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 05/15/11 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 05/22/11 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 05/29/11 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |
| 06/05/11 | 86.5 | 7.25 | $ 1.62 | $ 140.38 | $ 486.75 | $ 168.56 | $ 655.31 |

**Total Amount Unpaid = $ 79,839.16 ***

* Plaintiff made a good faith approximation of hours worked. This amount is exclusive of liquidated damages