UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

CASE NO.: 1:12-CV-00169-SCJ

TIMOTHY NORRIS,

    Plaintiff,

vs.

HDJ MANAGEMENT GROUP, INC.,
PARESH PATEL,

    Defendants.
_____/

**JOINT MOTION TO REVIEW AND APPROVE FLSA SETTLEMENT
AND DISMISS ACTION WITH PREJUDICE
FOR THE CLAIMS OF PLAINTIFF, TIMOTHY NORRIS**

Plaintiff, TIMOTHY NORRIS (hereinafter "Plaintiff"), and Defendants, HDJ MANAGEMENT GROUP, INC. and PARESH PATEL (hereinafter "Defendants"), by and through their respective undersigned counsel, hereby jointly move the Court to review and approve their settlement and dismiss this action with prejudice, and state the following:

1. Plaintiff's complaint alleges that Defendants violated the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 et seq. ("FLSA"), by failing to pay Plaintiff the required minimum wage/overtime compensation.

1

2. Defendants vigorously deny any wrongdoing under the FLSA, maintain that Plaintiff was never even employed by Defendant and that Plaintiff is not entitled to any relief whatsoever.

3. Defendant also produced tax documents evidencing that it was not even close to grossing $500,000 in revenue so as to even be subjected to Enterprise Liability under FLSA.

4. After Plaintiff was presented with Defendant's position, he agreed that it was in his best interest to resolve the claim especially given that Defendant HDJ Management was about to go out of business and soon after in fact surrendered (to avoid foreclosure) the property to the lender.

5. The parties agree that there is a bona fide, good faith dispute as to both liability and damages regarding Plaintiff's claim as well as the prospects of collectability.

6. To avoid the costs and uncertainty of further litigation, the parties have negotiated a settlement of this matter. Under <u>Lynn's Food Stores, lnc. v. United States</u>, 679 F.2d 1350 (11th Cir. 1982), claims for back wages arising under the FLSA may be settled or compromised with the approval of the district court (or under the

supervision of the U.S. Department of Labor).

7. The parties request that the Court review and approve their settlement and dismiss this action with prejudice.

8. All parties are represented by counsel in this action, and all parties and their respective counsel agree and stipulate that the settlement represents a fair and reasonable compromise of Plaintiff's claims.

9. Defendants recently tendered the last installment payment wherein the total settlement proceeds received are $2,000.00

10. Plaintiff's counsel expended $350 for the filing fee and $96 for service of process totaling $446.00 in taxable costs expended on the matter.

11. Plaintiff's counsel is accepting a proposed reduced attorney's fee of $554.00.

12. Plaintiffs counsel has in total expended over 11 hours of his time on the matter at a rate of $350 per hour totaling $3,750.00.

13. Plaintiff is receiving $1,000 in proceeds.

14. The parties' Settlement Agreement was previously provided to the Court and is exhibited as [D.E. 12 – P 6 of 6].

WHEREFORE, Plaintiff and Defendants jointly request that the Court enter an Order*:

    a.    approving the parties' settlement;

    b.    dismissing this action with prejudice; and

    *    A proposed Order is provided herewith.

Respectfully submitted by,

| Raymond T. Brooks, Esquire<br>3675 Crestwood Parkway<br>Suite 400<br>Duluth, GA 30096<br>TEL:   (770)935-6067<br>FAX: (770)935-6068<br><br>*/s/ Raymond T. Brooks*<br>_____<br>Raymond T. Brooks, Esquire<br>Bar No.: 085420<br>E-Mail: rtboffice@yahoo.com<br>Counsel for Defendants | Loren Law Group<br>3525 Piedmont Road<br>7 Piedmont Center - Suite 300<br>Atlanta, GA 30305<br>Phone:    (678)224-5702<br>Facsimile: (954)585-4886<br>E-Mail:   JLoren@Lorenlaw.com<br><br>*/s/ James M. Loren*<br>_____<br>James M Loren, Esquire<br>Bar No.: 551363<br>Counsel for Plaintiff |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on October 12, 2012 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

        Loren Law Group
        320 South State Road 7 - Suite 300
        Plantation, Fl. 33317
        Phone:    (678)224-5702
        Facsimile:    (954)585-4886
        E-Mail:    JLoren@Lorenlaw.com

        /s/ *James M. Loren*

        _____
        James M Loren, Esquire
        Bar No.: 551363

**SERVICE LIST**

Raymond T. Brooks, Jr. , Esquire
3675 Crestwood Parkway
Suite 400
Duluth, GA 30096
Phone:    (770)935-6067
Fax:    (770)935-6068
VIA CM/ECF:    rtboffice@yahoo.com
Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIMOTHY NORRIS, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HDJ MANAGEMENT GROUP, INC., ) <br> PARESH PATEL ) <br> ) <br> Defendants. ) | CIVIL ACTION <br> FILE NO. 1:12-cv-0169 |

## **LOCAL RULE 5.1(B) CERTIFICATE OF COUNSEL**

Pursuant to Local Rule 5.1(B), the undersigned counsel for Plaintiff filing this pleading certifies that the foregoing JOINT MOTION TO APPROVE FLSA SETTLEMENT has been prepared using 14 point Times New Roman size and style type.

This the 12th day of October, 2012.

/s/ *James M. Loren*
James M. Loren
Georgia Bar No. 551363
Attorney for Plaintiff
**LOREN LAW GROUP**

320 South State Road 7
Suite 300
Plantation, FL 33317
Telephone:  (954)-585-4878
Facsimile:   (954)-585-4886

6

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIMOTHY NORRIS, )<br> )<br> )<br>    Plaintiff,    )<br> )<br>v.    )<br> )<br>HDJ MANAGEMENT GROUP, INC., )<br>PARESH PATEL    )<br> )<br>    Defendants.    ) | CIVIL ACTION<br>FILE NO. 1:12-cv-0169 |

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that I have this day served a copy of the within and foregoing JOINT MOTION TO APPROVE FLSA SETTLEMENT to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants and mailed by United States Postal Service, first-class, postage prepaid, a paper copy of the same document to all parties of record who are non-CM/ECF participants. Parties of record are:

This the 12th day of October, 2012.

                                                s/ James M. Loren  
                                                James M. Loren, Esquire  
                                                Georgia Bar No. 551363  
                                                Attorney for Plaintiff  
                                                **LOREN LAW GROUP**  
                                                320 South State Road 7  
                                                Suite 300  
                                                Plantation, FL 33317  
                                                Telephone:   (954)-585-4878  
                                                Facsimile:    (954)-585-4886  
                                                Email:  JLoren@Lorenlaw.com