UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

CASE NO.:  1:12-CV-00169-SCJ

TIMOTHY NORRIS,

       Plaintiff,

vs.

HDJ MANAGEMENT GROUP, INC.,
PARESH PATEL,

       Defendants.

_____/

## ORDER APPROVING PARTIES' JOINT MOTION TO REVIEW AND APPROVE FLSA SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE

THIS CAUSE came before the Court upon the Parties' joint motion to review and approve an FLSA settlement and dismiss this action with prejudice with respect to Plaintiff. The parties have sought the Court's approval of their settlement. See *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350, 1353 (11th Cir. 1982). The Court has reviewed the parties' settlement and is otherwise fully advised, and it is hereby:

ORDERED and ADJUDGED that the parties' settlement is APPROVED and the claims of Plaintiff are DISMISSED WITH PREJUDICE.

**DONE AND ORDERED** in the Northern District of Georgia on

February 28, 2013.

s/Steve C. Jones
Steve C. Jones
U.S. District Court Judge

cc: All counsel of record